**QUILL & ARROW LLP**
Kevin Y. Jacobson, Esq. (SBN 320532)
kjacobson@quillarrowlaw.com
Camran Pakbaz, Esq. (SBN 345343)
CPakbaz@quillarrowlaw.com
e-service@quillarrowlaw.com
10900 Wilshire Boulevard, Suite 300
Los Angeles, CA 90024

Attorneys for Plaintiff,
**ABRAHAM ESPINOZA GARCIA**

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Brian C. Vanderhoof, Esq. (SBN 248511)
brian.vanderhoof@lewisbrisbois.com
Jonathan Won, Esq. (SBN 293910)
jonathan.won@lewisbrisbois.com
45 Fremont Street, Suite 3000
San Francisco, CA 94105

Attorneys for Defendant,
**FORD MOTOR COMPANY**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM ESPINOZA GARCIA, an individual, <br><br> Plaintiff, <br> vs. <br><br> FORD MOTOR COMPANY, A Delaware Corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No: 3:23-cv-00409-BEN-AHG <br><br> Judge: Roger T. Benitez <br> Magistrate Judge: Allison H. Goddard <br><br> **JOINT NOTICE OF SETTLEMENT** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEY OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff, ABRAHAM ESPINOZA GARCIA, and Defendant, FORD MOTOR COMPANY, (the "Parties"), jointly, write to advise this Court that they have settled this matter; however, the attorneys' fees, costs, and expenses have not resolved and Plaintiff intends to file a noticed motion. The Parties request that the Court vacate any upcoming hearings and deadlines while performance of the settlement terms is pending.

Once all terms of the settlement are completed and payment is received by Plaintiff and after payment of Plaintiff's attorneys' fees, costs and expenses, to be determined by agreement of the Parties or by noticed motion, the Parties shall file an executed Stipulation of Dismissal of the entire action with prejudice. The Parties expect to file the dismissal papers within 90 days.

Dated: February 26, 2024,   QUILL & ARROW LLP

By: /s/ Kevin Y. Jacobson
Kevin Y. Jacobson, Esq.
Camran Pakbaz, Esq.
Attorneys for Plaintiff,
ABRAHAM ESPINOZA GARCIA

Dated: February 26, 2024,   LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Brian C. Vanderhoof
Brian C. Vanderhoof, Esq.
Jonathan Won, Esq.
Attorneys for Defendant
FORD MOTOR COMPANY