# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM ESPINOZA GARCIA, an individual,<br><br>　　　　　Plaintiff,<br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation,<br><br>　　　　　Defendants, | Case No.: 3:23-cv-409-BEN-AHG<br><br>*Assigned to Judge: Roger T. Benitez*<br><br>**ORDER OF DISMISSAL** |

　　　　Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE: October 16, 2024　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Hon. Roger T. Benitez
　　　　　　　　　　　　　　　　　　　United States District Judge